UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ERNEST KOFI APIAH,

    Defendant.
_____/

NO. 10-20430

HON. VICTORIA A. ROBERTS

## **ORDER**

This matter coming before the Court on the government's motion, it is hereby ordered pursuant to 18 U.S.C. § 3148(b) that a warrant for arrest of defendant be issued and that defendant be brought before the Court to determine whether the order of pretrial release in this case should be revoked in favor of an order of pretrial detention and the bond forfeited.

                                                /s/ Victoria A. Roberts
                                            VICTORIA A. ROBERTS
                                            United States District Judge

Date: 9/21/10